# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **PROGRESS FUELS CORPORATION,** | ) <br> ) <br> ) Case No. 2:06CV00010 <br> ) |
| Plaintiff, | ) <br> ) **OPINION AND ORDER** |
| v. | ) <br> ) By: James P. Jones |
| **SIGMON COAL COMPANY, INC.,** | ) Chief United States District Judge <br> ) <br> ) |
| Defendant. | ) |

*Stephen M. Hodges and Wade W. Massie, Penn, Stuart & Eskridge, Abingdon, Virginia, for Plaintiff; Martin B. Bailey, Wagner, Myers & Sanger, P.C., Knoxville, Tennessee, for Defendant.*

The defendant Sigmon Coal Company, Inc., has filed Second Objections to certain discovery rulings by the magistrate judge in an order dated November 6, 2006. The objections have been briefed and argued and are ripe for decision.

Nondispositive orders of the magistrate judge may be modified only if "clearly erroneous or contrary to law." 28 U.S.C.A. § 636(b)(1)(A) (West 2006); Fed. R. Civ. P. 72(a). Particularly in civil discovery matters, the magistrate judge is given broad discretion. *Coles v. Jenkins*, 181 F.R.D. 569, 570 (W.D. Va. 1998). I should not overturn that discretion unless I have formed "a definite and firm conviction that the court below committed a clear error of judgment in the conclusion it reached upon a

weighing of the relevant factors." *Morris v. Wachovia Sec., Inc.*, 448 F.3d 268, 277 (4th Cir. 2006) (citation omitted).

After careful consideration of the magistrate judge's order and the record before me, I cannot find that the magistrate judge abused her discretion and accordingly I will overrule the defendant's objections.

It is so **ORDERED**.

ENTER: December 3, 2006

/s/ JAMES P. JONES
Chief United States District Judge

- 2 -